FILED
FEB 28 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Renee Ferebee, )
)
        Plaintiff, )
)
v. ) Civil Action No. 18-0100 (UNA)
)
National Football League, )
)
        Defendant. )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint without prejudice.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's purported claims arose on November 19, 2017, while watching the Washington football team play the New Orleans Saints, she heard commentator Troy Aikman

"loudly make sarcastic, sexist verbal remarks" about plaintiff. Compl. at 1. She experienced mental stress and humiliation as a result, *id.*, and she demands damages of $500 billion, *id.* at 2. Missing from the complaint is a statement regarding this court's jurisdiction or a valid basis for an award of billions of dollars.

The Court finds that the complaint fails to meet the minimal pleading standards set forth in Rule 8(a), and, therefore, dismisses the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 2/28/18

_____
United States District Judge